UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

Plaintiff,

-vs-                                              Case No. 3:15-CR-73

CANDICE CROUCH

Defendant.

---

**ORDER CONTINUING DEFENDANT ON SUPERVISED RELEASE
AND ADDING A CONDITION OF SUPERVISION**

---

On May 2, 2018, the Defendant appeared with Counsel for an initial hearing on revocation of her supervised release, a status that began on October 5, 2016. The Defendant, in open Court, admitted to the violations as alleged by the U.S. Probation Office. The Court accepted the admissions and found the Defendant had violated the conditions of her supervised release as previously imposed.

Pursuant to the record made in open court on May 2, 2018, without objection by the Government, the Court would chose not to revoke the Defendant's supervised release at this time. In the alternative, **IT IS THE ORDER OF THE COURT** that the Defendant be continued on supervised release under the conditions as previously imposed by the Court to include participation in residential treatment. Further, the Court orders the Defendant to held in custody until such time as bed space is available and transportation arranged for the Defendant to enter the Women's Recovery in Xenia, Ohio, where she is to remain for a **term of ninety (90) days** or as directed by the U.S. Probation.

At the conclusion of the above, the Defendant was orally explained her right of appeal, and she indicated an understanding of the same.

The captioned revocation matter is ordered terminated upon the docket record of this Court.

IT IS SO ORDERED.

Dated: May 3, 2018

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT